STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Raymond Anthony Beyt
Beyt & Beyt
P. O. Box 52157
Lafayette LA 70505

**REHEARING ACTION: December 12, 2012**

**Docket Number: 12   00316-CA**

**BOPCO, L.P.**
**VERSUS**
**CHARLES R. WARD, SR., ET AL.**

**Appealed from Vermilion Parish Case No. 91269-B**

<u>**BEFORE JUDGES**</u>:

> Hon. Sylvia R. Cooks
> Hon. Marc T. Amy
> Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Donald J. Zadeck, et al** has this day been

> **DENIED.**

cc: Charles Ray Minyard, Counsel for the Appellee
    Don Ray Beard, Counsel for the Appellant
    Charles R. Ward, Jr., Counsel for the Appellant